```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 10384
   ELVIN L COREY SR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-4374


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/23/2006 and was confirmed 03/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
CAR TOWN INC               SECURED           1028.00        39.15          335.85
ILLINOIS DEPT OF REV       PRIORITY            94.44          .00             .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED          .00             .00
ARCADIA FINANCIAL          UNSECURED       NOT FILED          .00             .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED          .00             .00
B-LINE LLC                 UNSECURED          1121.85         .00             .00
DEPENDON COLLECTION SE     UNSECURED       NOT FILED          .00             .00
DEPENDON COLLECTION SE     UNSECURED       NOT FILED          .00             .00
DEPENDON COLLECTION SE     UNSECURED       NOT FILED          .00             .00
DEPENDON COLLECTION SE     UNSECURED       NOT FILED          .00             .00
DEPENDON COLLECTION SE     UNSECURED       NOT FILED          .00             .00
DEPENDON COLLECTION SE     UNSECURED       NOT FILED          .00             .00
DEPENDON COLLECTION SE     UNSECURED       NOT FILED          .00             .00
DEPENDON COLLECTION SE     UNSECURED       NOT FILED          .00             .00
DEPENDON COLLECTION SE     UNSECURED       NOT FILED          .00             .00
ENCORE RECEIVABLE MANAGE   UNSECURED       NOT FILED          .00             .00
ST IL DEPT TRANSPORTATIO   UNSECURED       NOT FILED          .00             .00
JVDB & ASSOC INC           UNSECURED       NOT FILED          .00             .00
NUVELL CREDIT CO LLC       UNSECURED          9749.93         .00             .00
PIN CREDIT SERVICES        UNSECURED       NOT FILED          .00             .00
RMI/MCSI                   UNSECURED           500.00         .00             .00
TORRES CREDIT SERVICES     UNSECURED       NOT FILED          .00             .00
CITIFINANCIAL AUTO CREDI   UNSECURED         18794.76         .00             .00
ILLINOIS DEPT OF REV       UNSECURED            30.00         .00             .00
IL STATE DISBURSEMENT UN   PRIORITY           3697.13         .00             .00
DONNA FONBY                NOTICE ONLY     NOT FILED          .00             .00
CONSTITUTIONAL CASUALTY    UNSECURED          3157.89         .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,384.00                      1,705.33
TOM VAUGHN                 TRUSTEE                                           140.57
DEBTOR REFUND              REFUND                                              .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 10384 ELVIN L COREY SR
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 2,220.90  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | 335.85        |
| INTEREST             |           | 39.15         |
| UNSECURED            |           | .00           |
| ADMINISTRATIVE       |           | 1,705.33      |
| TRUSTEE COMPENSATION |           | 140.57        |
| DEBTOR REFUND        |           | .00           |
| TOTALS               | 2,220.90  | 2,220.90      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/26/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                        PAGE   2
        CASE NO. 06 B 10384 ELVIN L COREY SR